UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

DAWN RUSSELL                                                MOVANT/DEFENDANT

v.                                           CRIMINAL ACTION NO. 3:10-CR-00101-CRS

UNITED STATES OF AMERICA                          RESPONDENT/PLAINTIFF

### MEMORANDUM OPINION AND ORDER

This matter is before the court on a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (DN 54) filed *pro se* by Defendant Dawn Russell ("Petitioner"). In accordance with 28 U.S.C. § 636(b)(1)(A) and (B), the court referred the matter to United States Magistrate Judge James D. Moyer for proposed findings of facts, conclusions of law, and recommendations. In his Report and Recommendation (the "Report"), the Magistrate Judge recommends that Petitioner's motion to vacate should be denied given her knowing, intelligent, and voluntary waiver of the right to collateral review. (DN 93). The Magistrate Judge further recommended that the certificate of appealability pursuant to 28 U.S.C. § 2253 also be denied, as reasonable jurors could not disagree that Petitioner waived her right to file a § 2255 motion. Petitioner has filed objections to each finding of the Report.

The threshold issue in this action is whether Petitioner validly waived the right to collateral review of her conviction and sentence. Having made a *de novo* determination as to those portions of the Report to which objection was made, the court concludes that the Magistrate Judge correctly determined that Petitioner knowingly, intelligently, and voluntarily waived the right to file a § 2255 motion. Petitioner's objections are without merit, in that they do

not raise any new or substantial issues that were not otherwise addressed by the Magistrate Judge. Therefore, the Magistrate Judge's Findings of Fact, Conclusions of Law, and Recommendation (DN 93) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY**.

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED** that the United States' motion to dismiss (DN 70) is **GRANTED**, the petition pursuant to 28 U.S.C. § 2255 is **DENIED**, and Petitioner's complaint is **DISMISSED WITH PREJUDICE**. It is **FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253 is **DENIED**.

**IT IS SO ORDERED**.

April 18, 2014

                                          **Charles R. Simpson III, Senior Judge**
                                               **United States District Court**

cc: Counsel of Record
    Movant Dawn Russell